Willa RUSSELL, Appellant,

v.

CITY OF KANSAS CITY, Missouri, Respondent.

No. WD 62298.

Missouri Court of Appeals, Western District.

Sept. 14, 2004.

Jeffrey W. Bruce Belton, Missouri for appellant.

Cecilia O'Connor Abbott Kansas City, Missouri for respondent.

Before BRECKENRIDGE, P.J., EDWIN H. SMITH and HOWARD, JJ.

## ORDER

PER CURIAM.

Willa Russell appeals the decision of the board of human resources of the City of Kansas City upholding her demotion. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).